# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

E-filing

FILED 2011 MAY 19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
V.

CR 11 0332 JSW

Rageh Ahmed Mohammed AL-MURISI

DEFENDANT(S).

## INDICTMENT

Title 49 U.S.C. § 46504 - Interference with flight crew members and attendants

A true bill.

_____
Foreman

Filed in open court this _____ day of
May 2011

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Clerk
BETTY P. LEE

Bail, $ _____

No Process

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

─── OFFENSE CHARGED ───

TITLE 49, UNITED STATES CODE SECTION 46504 INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 20 YEARS IMPRISONMENT
3 YEARS SUPERVISED RELEASE
$250,000 FINE
$100 SPECIAL ASSESSMENT
RESTITUTION

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───
▶ Rageh Ahmed Mohammed AL-MURISI

DISTRICT COURT NUMBER
CR 11 0332 JSW

FILED
2011 MAY 19 P 2:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL AIR MARSHAL SERVICE PAUL A. HOWARD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 3-11-70520 JL

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  ELISE BECKER

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) <br> United States Attorney |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) | No. CR 11 0332 |
| Plaintiff, | ) <br> ) | VIOLATION: <br> 49 U.S.C. § 46504 - Interference with flight crew members and attendants |
| v. | ) <br> ) | |
| RAGEH AHMED MOHAMMED AL-MURISI, | ) <br> ) <br> ) | SAN FRANCISCO VENUE |
| Defendant. | ) <br> ) <br> ) | |

INDICTMENT

The Grand Jury charges:

On or about May 8, 2011, in the Northern District of California and elsewhere, the defendant, RAGEH AHMED MOHAMMED AL-MURISI, on an aircraft in the special aircraft jurisdiction of the United States, by assaulting and intimidating a flight crew member and flight attendant of the aircraft, did knowingly interfere with the performance of the duties of the member and attendant and lessened the ability of the member and attendant to perform those duties, in violation of Title 49, United States Code,

INDICTMENT

1 | Section 46504.

3 | DATED: May 19, 2011                           A TRUE BILL.

                                                  _____
                                                  FOREPERSON

MELINDA HAAG
United States Attorney

_____
MIRANDA KANE   (J. Douglas Wilson for)
Chief, Criminal Division

(Approved as to form: _Elise Becker_ )
                      AUSA Elise Becker

INDICTMENT