1 | BARRY J. PORTMAN
  | Federal Public Defender
2 | ELIZABETH M. FALK
  | Assistant Federal Public Defender
3 | 19th Floor Federal Building
  | 450 Golden Gate Avenue
4 | San Francisco, CA 94102
  | (415) 436-7700
5 |
  | Counsel for Defendant AL-MURISI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-0332 JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF RETURN OF INDICTMENT HEARING |
| v. | ) | |
| RAGEH AL-MURISI, | ) | Date: May 23, 2011 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Court: The Honorable Edward Chen |

The parties hereby stipulate and agree as follows:

1. This matter is set for a Preliminary Examination/arraignment hearing on May 23, 2011 at 09:30 a.m.;

2. Mr. Al-Murisi is scheduled for an evaluation at Santa Rita Jail on May 23, 2011 and needs to be present at the jail for that interview to take place.

3. The parties thus jointly request that the hearing be continued to May 24, 2011 at 9:30 a.m.

STIP CONTINUE HEARING

1  IT IS SO STIPULATED.

2  DATED: May 19, 2011

                                            /S/
3                                   ELISE BECKER
                                    Assistant United States Attorney
4
   DATED: May 19, 2011                      /S/
5                                   ELIZABETH M. FALK
                                    Assistant Federal Public Defender.
6

7
                           [~~PROPOSED~~] ORDER
8

9  For the reasons set forth above, the hearing in the aforementioned matter is hereby

10 CONTINUED from May 23, 2011 to May 24, 2011 at 9:30 a.m.

11
   **IT IS SO ORDERED**.
12
                                    *Jacqueline Scott Corley*
13 DATED: 5-20-2011                  _____
                                    THE HONORABLE ~~EDWARD M. CHEN~~
14                                  UNITED STATES MAGISTRATE JUDGE

STIP CONTINUE HEARING

-1-