1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  ELISE BECKER (NYBN 2540730)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6878
7     Facsimile: (415) 436-7234
      elise.becker@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 11-0332 JSW
                                       )
15           Plaintiff,                )   STIPULATION AND [PROPOSED]
                                       )   PROTECTIVE ORDER REGARDING
16        v.                           )   DISCOVERY
                                       )
17  RAGEH AHMED MOHAMMED AL-           )
    MURISI                             )
18                                     )
             Defendant.                )
19                                     )
                                       )
20  _____)

21        The United States, through its counsel of record, and the defendant, through his

22  counsel of record, hereby agree and stipulate that the United States will provide discovery in

23  connection with the above captioned case on the following conditions:

24        1.    Protected Material

25        The discovery produced in this matter is deemed Protected Material.  Possession of

26  copies of the Protected Material is limited to the defendant, his attorney of record, and

27  investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the

28

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER
CR 11-0332 JSW

1    attorney of record (hereinafter collectively referred to as "members of the team").

2        The defendant, his attorney of record, and members of the team acknowledge that

3    providing copies of the Protected Material to other persons is prohibited, and agree not to

4    duplicate or provide copies of the Protected Material to other persons.  The defendant, his

5    attorney of record, and members of the team further acknowledge that they are prohibited from

6    using the Protected Material for any purpose other than representing the defendant in the above-

7    captioned matter.  In other words, the Protected Material shall only be used for the sole purpose

8    of representing the defendant in the above captioned case and for no other purpose.

9        Any violation of the above prohibitions constitutes a violation of the Protective Order.

10   Further, the defendant's attorney of record agrees that prior to disseminating any copies of the

11   Protected Material to members of the team, he will provide a copy of this Protective Order to

12   members of the team.

13       2.    <u>Nontermination</u>

14       The provisions of this Order shall terminate only upon further order of this Court.

15       SO STIPULATED.

16

17   DATED: June 1, 2011                    _____/s/_____
18                                          ELISE BECKER
                                            Assistant United States Attorney
19

20   DATED: June 1, 2011                    _____/s/_____
21                                          CHRISTOPHER F. MORALES
                                            Counsel for Rageh Ahmed Mohammed Al-Murisi
22

23                                      **<u>ORDER</u>**

24

25       IT IS SO ORDERED.

26   DATED:                                 _____
27                                          JEFFREY S. WHITE
                                            United States District Judge
28

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER
CR 11-0332 JSW                    2