MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6878
    Facsimile: (415) 436-7234
    elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAGEH AHMED MOHAMMED AL-MURISI<br><br>    Defendant. | No. CR 11-0332 JSW<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING DISCOVERY |

The United States, through its counsel of record, and the defendant, through his counsel of record, hereby agree and stipulate that the United States will provide discovery in connection with the above captioned case on the following conditions:

    1.    <u>Protected Material</u>

The discovery produced in this matter is deemed Protected Material. Possession of copies of the Protected Material is limited to the defendant, his attorney of record, and investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER
CR 11-0332 JSW

attorney of record (hereinafter collectively referred to as "members of the team").

The defendant, his attorney of record, and members of the team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons.  The defendant, his attorney of record, and members of the team further acknowledge that they are prohibited from using the Protected Material for any purpose other than representing the defendant in the above-captioned matter.  In other words, the Protected Material shall only be used for the sole purpose of representing the defendant in the above captioned case and for no other purpose.

Any violation of the above prohibitions constitutes a violation of the Protective Order. Further, the defendant's attorney of record agrees that prior to disseminating any copies of the Protected Material to members of the team, he will provide a copy of this Protective Order to members of the team.

2.   Nontermination

The provisions of this Order shall terminate only upon further order of this Court.

SO STIPULATED.

DATED: June 1, 2011                      /s/
                                         ELISE BECKER
                                         Assistant United States Attorney


DATED: June 1, 2011                      /s/
                                         CHRISTOPHER F. MORALES
                                         Counsel for Rageh Ahmed Mohammed Al-Murisi


**ORDER**

IT IS SO ORDERED.

DATED: June 1, 2011
                                         JEFFREY S. WHITE
                                         United States District Judge

STIPULATION AND [~~PROPOSED~~]
PROTECTIVE ORDER
CR 11-0332 JSW                           2