MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAGEH AHMED MOHAMMED AL-MURISI,<br><br>    Defendant. | No. CR 11-0332 JSW<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM MAY 27, 2011, TO JUNE 23, 2011 |

    The defendant, RAGEH AHMED MOHAMMED AL-MURISI, represented by Christopher F. Morales, Esquire, and the government, represented by Elise Becker, Assistant United States Attorney, appeared before the Court on May 27, 2011, for arraignment on the indictment. The parties represented that defense counsel was unavailable until the United States District Court Judge's criminal calendar on June 23, 2011.

    The matter was continued to June 23, 2011, at 2:00 p.m. for initial appearance in district court for a status hearing and to set further proceedings. Counsel requested that time be excluded under the Speedy Trial Act between May 27, 2011, and June 23, 2011, because of defense counsel's unavailability until June 23, 2011.

ORDER EXCLUDING TIME
Case No. CR 11-0332 JSW

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between May 27, 2011, and June 23, 2011, would unreasonably deny
3  the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that
4  the ends of justice served by excluding the time between May 27, 2011, and June 23, 2011, from
5  computation under the Speedy Trial Act outweigh the best interests of the public and the
6  defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between May
7  27, 2011, and June 23, 2011, shall be excluded from computation under the Speedy Trial Act.  18
8  U.S.C. § 3161(h)(7)(A) and (B)(iv).

11  DATED: 6-9-11

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

ORDER EXCLUDING TIME
Case No. CR 11-0332 JSW                  -2-