UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: June 23, 2011                                              Time in Court: 1 minute

Case No.:  CR-11-332  JSW            Judge:  Jeffrey S. White

United States of America   v.  Rageh Ahmed Mohammed Al-Murisi
                                                Defendant
                                                Present ( X ) Not Present ( ) In-Custody ( X )

Elise Becker                                          Chris Morales
U.S. Attorney                                         Defense Counsel

Deputy Clerk: Jennifer Ottolini              Court Reporter: Christine Triska
Arabic Interpreter:        Susan Elfar

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**    A mental health evaluation is being completed.

Case Continued to 7-14-11 at 2:00 p.m. for Status Conference

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161 - stipulation/proposed order to be submitted**