MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> RAGEH AHMED MOHAMMED ) <br> AL-MURISI, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 11-0332 JSW <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 23, 2011, TO JULY 14, 2011 |

     The defendant, RAGEH AHMED MOHAMMED AL-MURISI, represented by Christopher F. Morales, Esquire, and the government, represented by Elise Becker, Assistant United States Attorney, appeared before the Court on June 23, 2011, for an initial appearance on the indictment. The parties represented that the defendant was undergoing a mental health evaluation and that the government was producing additional discovery.

     The matter was continued to July 14, 2011, at 2:00 p.m. for trial setting. Counsel requested that time be excluded under the Speedy Trial Act between June 23, 2011, and July 14, 2011, for effective preparation of counsel based on the mental health evaluation and additional discovery.

///

ORDER EXCLUDING TIME
Case No. CR 11-0332 JSW

| | | |
|---|---|---|
| 1 | Dated: June 28, 2011 | Respectfully submitted, |
| 2 | | MELINDA HAAG |
| 3 | | United States Attorney |
| 4 | | /s/ |
| 5 | | ELISE BECKER<br>Assistant United States Attorney |

SO STIPULATED.

Dated: June 28, 2011

/s/
CHRISTOPHER MORALES
Attorney for Rageh Al-Murisi

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 23, 2011, and July 14, 2011, would unreasonably deny the defendant reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 23, 2011, and July 14, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between June 23, 2011, and July 14, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 29, 2011

JEFFREY S. WHITE
United States District Judge

SPEEDY TRIAL ACT ORDER
CR 11-0332 JSW                              -2-