CHRISTOPHER F. MORALES (SBN# 153152)
Attorney at Law
1 Daniel Burnham Court, Ste. 240 C
San Francisco, CA 94109
415-552-1215
cmoral@aol.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | CASE NO. CR-11-0332-JSW |
| v. | ) | |
| RAGEH AHMED MOHAMMED AL-MURISI, | ) ) ) | DEFENDANT'S UNOPPOSED MOTION TO DETERMINE MENTAL COMPETENCY OF DEFENDANT |
| Defendant. | ) ) | |

In this unopposed motion to determine the mental competency of defendant, Mr. Al-Murisi moves by and through counsel pursuant to U.S. Const. Amend. V and 18 U.S.C. § 4241 for a local psychiatric or psychological examination of the defendant, and to hold a hearing to determine whether Mr. Al-Murisi is competent to proceed in this matter.

Undersigned counsel, as well as defendant's former public defender, have raised concerns with this Court that defendant may be suffering from a mental disease or defect. In order to find a defendant incompetent, this Court must find by a preponderance of the evidence that the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense. *See* 18 U.S.C. § 4241; *Dusky v. United States*, 362 U.S. 402 (1960).

Pursuant to 18 U.S.C. § 4241(b) a local psychiatric or psychological examination and report of Mr. Al-Murisi is requested. By local, it is intended that an evaluation be conducted by a psychologist or psychiatrist near to where Mr. Al-Murisi is currently being held in custody, Santa Rita Jail in Dublin, California. It should further be noted that Mr. Al-Murisi speaks Arabic and will need the assistance of an interpreter. After the report is filed, counsel requests a hearing on the issue of competency pursuant to 18 U.S.C. § 4241(c).

Counsel for the government, AUSA Elise Becker, does not oppose this motion.

**Conclusion**

For the foregoing reasons, counsel for Mr. Al-Murisi respectfully request this Court to order a local psychiatric or psychological examination and report on Mr. Al-Murisi, to hold a hearing to determine his mental competency to proceed and for such other and further relief as the Court deems proper.

Dated: June 29, 2011                                    Respectfully submitted,

                                                        _____/s/_____
                                                        Christopher Morales
                                                        Attorney for Rageh Ahmed
                                                        Mohammed Al-Murisi