CHRISTOPHER F. MORALES (SBN# 153152)
Attorney at Law
1 Daniel Burnham Court, Ste. 240 C
San Francisco, CA 94109
415-552-1215
cmoral@aol.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | CASE NO. CR-11-0332-JSW |
| v. | ) | |
| RAGEH AHMED MOHAMMED AL-MURISI, | ) | [PROPOSED] ORDER RE: COMPETENCY EXAMINATION |
| Defendant. | ) | |

GOOD CAUSE APPEARING, upon request of defendant Rageh Ahmed Mohammed Al-Murisi, by and through counsel, IT IS HEREBY ORDERED that the defendant's mental competency to stand trial shall be evaluated locally by a psychiatrist to be appointed by the Court.

**IT IS SO ORDERED.**

Dated: _____

Honorable Jeffrey S. White
United States District Court