CHRISTOPHER F. MORALES (SBN# 153152)
Attorney at Law
1 Daniel Burnham Court, Ste. 240 C
San Francisco, CA 94109
415-552-1215
cmoral@aol.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>RAGEH AHMED MOHAMMED AL-MURISI,<br><br>　　　　　Defendant. | CASE NO. CR-11-0332-JSW<br><br>[~~PROPOSED~~] ORDER RE: COMPETENCY EXAMINATION |

GOOD CAUSE APPEARING, upon request of defendant Rageh Ahmed Mohammed Al-Murisi, by and through counsel, IT IS HEREBY ORDERED that the defendant's mental competency to stand trial shall be evaluated locally by a psychiatrist to be appointed by the Court.

**IT IS SO ORDERED.**

Dated: July 5, 2011

_____
Honorable Jeffrey S. White
United States District Court