## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date:** July 13, 2011                                         **Time in Court:** 4 minutes

**Case No.:** CR-11-332  JSW               **Judge:** Jeffrey S. White

**United States of America   v.  Rageh Ahmed Mohammed Al-Murisi**
                                               Defendant
                                               Present ( X ) Not Present ( ) In-Custody ( X )

| Elise Becker | Chris Morales |
| --- | --- |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini            **Court Reporter:** Margo Gurule
**Arabic Interpreter:**        Susan Elfar

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**   Joint Status Report due: 7-21-11

The mental health examination shall be completed by no later than 7-28-11.

The Court will schedule a hearing upon report of the mental health examination.