**United States District Court**
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,

10              Plaintiff,                          No.  CR 11-00332-1 JSW

11        v.                                        **ORDER SETTING HEARING**

12   RAGEH AL-MURISI,

13              Defendant.

14   _____/

15          The Court is in the receipt of the report prepared by John R. Chamberlain, M.D. dated

16   July 28, 2011.  It is HEREBY ORDERED that this matter shall be set down for a status

17   conference on Thursday, August 11, 2011 at 2:00 p.m.

18        **IT IS SO ORDERED.**

19

20   Dated:   August 3, 2011                    _____
                                                 JEFFREY S. WHITE
21                                               UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28