UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: August 11, 2011          Time in Court: 9 minutes

Case No.: CR-11-332 JSW      Judge: Jeffrey S. White

United States of America   v.   Rageh Ahmed Mohammed Al-Murisi
                                            Defendant
                                            Present ( X ) Not Present ( ) In-Custody ( X )

    Elise Becker                           Chris Morales
    U.S. Attorney                        Defense Counsel

Deputy Clerk: Jennifer Ottolini        Court Reporter: Jim Yeomans
Arabic Interpreter:     Susan Elfar

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**    The Court has received the mental health report.

                         Pursuant to 18 USC § 4247(b), the Defendant is ordered remanded to the custody of the Attorney General for further evaluation and treatment.

                         Counsel shall submit an order to the Court.


Case Continued to 10-13-11 at 2:00 p.m. for Further Status