UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0332 JSW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE: COMPETENCY EXAMINATION |
| RAGEH AHMED MOHAMMED AL-MURISI, | |
| Defendant. | |

The defendant, RAGEH AHMED MOHAMMED AL-MURISI, represented by Christopher F. Morales, Esquire, and the government, represented by Elise Becker, Assistant United States Attorney, appeared before the Honorable Jeffrey S. White on August 11, 2011, for a status conference following the Court's receipt of the competency report prepared by Dr. John Chamberlain dated July 28, 2011. Based on Dr. Chamberlain's report, defense counsel argued that his client is not competent to stand trial at this time. The government argued that additional examination is necessary to determine the defendant's competency to stand trial and to determine a proper course of treatment.

ORDER RE: COMPETENCY EXAMINATION
Case No. CR 11-0332 JSW

1  Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the Court hereby orders the defendant
2  committed to the custody of the Attorney General for placement in a suitable facility for further
3  evaluation to determine whether or not he is competent to stand trial and for proposal of a proper
4  course of treatment, regardless of the competency determination. The case is continued to
5  October 13, 2011, at 2 p.m. for status hearing.

7  Dated: August 15, 2011                Respectfully submitted,

8                                        MELINDA HAAG
                                         United States Attorney

                                         /s/
                                         _____
                                         ELISE BECKER
                                         Assistant United States Attorney

SO STIPULATED.

                                         /s/
                                         _____
15 Dated: August 15, 2011                CHRISTOPHER MORALES
                                         Attorney for Rageh Al-Murisi

The Clerk shall serve this order on the U.S. Marshal Service.
SO ORDERED.

           August 16, 2011.
DATED: _____           _____
                                         WILLIAM ALSUP
                                         United States District Judge

ORDER RE: COMPETENCY EXAMINATION
CR 11-0332 JSW                           -2-