IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 11-00332-1 JSW |
| v. | **ORDER REQUIRING RESPONSE** |
| RAGEH AL-MURISI, | |
| Defendant. | |

On August 16, 2011, pursuant to 18 U.S.C. §§ 4241 and 4247(b), the Court[1] issued an Order committing Defendant to the custody of the Attorney General for placement in a suitable facility for further evaluation to determine whether or not he is competent to stand trial and for proposal of a proper course of treatment, regardless of the competency evaluation. A further status hearing is scheduled for October 13, 2011.

On September 20, 2011, the Court received a letter from the warden at the facility where the Defendant has been committed, in which he states that the facility's clinical psychologist has requested a fifteen day extension of the time period in which the evaluation is to be conducted, and asks that the Court determine that commitment for the evaluation commence upon Defendant's arrival at the facility. According to this letter, the Court could expect to receive a copy of the report by November 14, 2011, if the extension is granted. A copy of this letter shall be filed under seal as Court Exhibit 1.

---

[1] As duty judge, Judge Alsup signed the Order due to this Court's unavailability.

The Court HEREBY ORDERS the parties to provide a response to the letter, including whether they believe it adequately establishes "good cause that the additional time is necessary to observe and evaluate the defendant." *See* 18 U.S.C. § 4247(b). The Court also notes that it will be unavailable from November 16 through November 25, 2011. Thus, if the extension is granted, the status could not be held until December 1, 2011.

The parties' responses shall be due by no later than September 28, 2011.

**IT IS SO ORDERED.**

Dated: September 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE