CHRISTOPHER F. MORALES (SBN# 153152)
Attorney at Law
1 Daniel Burnham Court, Ste. 240 C
San Francisco, CA 94109
415-552-1215
cmoral@aol.com

Attorney for RAGEH AHMED MOHAMMED AL-MURISI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff(s),<br><br>　v.<br><br>RAGEH AHMED MOHAMMED<br>AL-MURISI,<br><br>　　　　　Defendant. | CASE NO. CR-11-00332-JSW<br><br>DEFENDANT'S RESPONSE TO LETTER<br>FROM WARDEN DATED 9-20-11 |

　　　Defendant, Rageh Ahmed Mohammed Al-Murisi, by and through counsel, hereby responds to the letter this Court received from L.R. Thomas dated September 20, 2011. Defendant stipulates that the letter adequately establishes the good cause required by 18 U.S.C. § 4247(b) and Defendant does not object to the extension being granted.

Dated: September 26, 2011　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher Morales
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Rageh Ahmed
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mohammed Al-Murisi

DEFENDANT'S RESPONSE TO
LETTER FROM WARDEN　　　　　　　　1
CR-11-0332-JSW