MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0332 JSW |
| Plaintiff, | |
| v. | GOVERNMENT'S RESPONSE TO LETTER FROM WARDEN DATED 9-20-2011 |
| RAGEH AHMED MOHAMMED AL-MURISI, | |
| Defendant. | |

    In response to the Court's Order filed on September 23, 2011, the government submits that additional information from the Warden is necessary in order for the Court to determine whether or not additional time is necessary to observe and evaluate the defendant as required under 18 U.S.C. § 4247(b). The government proposes that the Court order the facility to provide additional information by October 4, 2011. The government further submits that the date of commitment for the purposes of the examination should be the date on which the defendant

//

//

//

GOVERNMENT'S RESPONSE TO LETTER FROM WARDEN
CR 11-0332 JSW

1 | arrived at the facility.

3 | DATED: September 28, 2011         Respectfully submitted,

4 |                                   MELINDA HAAG
                                      United States Attorney

6 |                                          /s/

                                      _____
                                      Elise Becker
8 |                                   Assistant United States Attorney

GOVERNMENT'S RESPONSE TO LETTER FROM WARDEN
CR 11-0332 JSW                              -2-