IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAGEH AL-MURISI,

    Defendant.
                                        /

No. CR 11-00332-1 JSW

**ORDER DENYING REQUEST FOR EXTENSION WITHOUT PREJUDICE**

On August 16, 2011, pursuant to 18 U.S.C. §§ 4241 and 4247(b), the Court[1] issued an Order committing Defendant to the custody of the Attorney General for placement in a suitable facility for further evaluation to determine whether or not he is competent to stand trial and for proposal of a proper course of treatment, regardless of the competency evaluation. A further status hearing is scheduled for October 13, 2011.

On September 20, 2011, the Court received a letter from the warden at the facility where the Defendant has been committed, in which he states that the facility's clinical psychologist has requested a fifteen day extension of the time period in which the evaluation is to be conducted, and asks that the Court determine that commitment for the evaluation commence upon Defendant's arrival at the facility. According to this letter, the Court could expect to receive a copy of the report by November 14, 2011, if the extension is granted. A copy of this letter has been filed under seal as Court Exhibit 1.

---

[1] As duty judge, Judge Alsup signed the Order due to this Court's unavailability.

On September 23, 2011, the Court Ordered the parties to respond to the request for the continuance and to address whether the warden had established "good cause that the additional time is necessary to observe and evaluate the defendant." *See* 18 U.S.C. § 4247(b).

Defendant concurs with the request and "stipulates" to good cause. The United States takes the position that further information is necessary. The Court concurs with the United States. Accordingly, the request for a continuance is DENIED WITHOUT PREJUDICE to a showing of "good cause that the additional time is necessary to observe and evaluate the Defendant." The facility SHALL submit a showing of good cause to this Court by no later than 3:00 p.m. on October 4, 2011. The facility may fax this showing to 415-522-4171, and shall ensure that copies of the showing are served upon counsel for Defendant and the Government.

It is FURTHER ORDERED that the date of commitment shall be the date on which the Defendant arrived at the facility, and the facility shall advise the Court and the parties of that date in the further showing required by this Order.

**IT IS SO ORDERED.**

Dated: September 29, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al,<br><br>Plaintiff,<br><br>v.<br><br>RAGEH AHMED MOHAMMED ALMURISI,<br><br>Defendant. | Case Number: CR11-00332 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dr. Ralph Ihle
via facsimile: 213-485-0439

L. R. Thomas
Warden
USDOJ - Federal Bureau of Prisons
Metropolitan Detention Center
535 N. Alameda Street
Los Angeles, CA 90012

Dated: September 29, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk