

U.S. Department of Justice

Federal Bureau of Prisons

Metropolitan Detention Center

535 N. Alameda Street
Los Angeles, California 90012

October 4, 2011

The Honorable Jeffrey S. White
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Al-Murisi, Rageh Ahmed Mohammed
Docket No: CR-11-0332 JSW
Reg. No.: 15841-111

Dear Judge White:

I write in response to the Court's order of September 29, 2011, directing me to submit further information as to whether good cause exists showing that additional time is necessary for the forensic psychologists at the Metropolitan Detention Center in Los Angeles, California, ("MDCLA") to observe and evaluate the Defendant. The Court ordered that I submit this information to the Court and serve it on counsel for Defendant and the Government no later than 3:00 p.m. on October 4, 2011.

To review, August 16, 2011, the court committed Mr. Al-Murisi to the custody of the Federal Bureau of Prisons ("BOP") for an examination pursuant to 18 U.S.C. § 4241. The BOP designated MDCLA as the site at which the Defendant would undergo this evaluation on August 22, 2011. The United States Marshals Service thereafter transported the defendant to MDCLA, delivering him to this institution on September 9, 2011.

Pursuant to 18 U.S.C. 4247 (b), a defendant may be committed for a period of up to 30 days so one of the BOP's forensic psychologists can complete an evaluation. The statute also allows the Court to extend this study period an additional 15 days. After reviewing Mr. Al-Murisi's case, the clinical psychologist assigned to evaluate him asked that I submit a request to the Court for this 15-day extension so as to allow sufficient time to complete the testing and examination necessary to develop a history, diagnosis, and opinion. Based on the clinical psychologist's reasons, we would make two requests. First we note that because Mr. Al-Murisi did not arrive at MDCLA until September 9, 2011, it was physically impossible for our clinical psychologist to start evaluating him before that date. As such, we first ask that the Court determine that commitment period for the evaluation commenced on the day he arrived at our facility.

Page 2

Furthermore, our psychologist notes that Mr. Al-Murisi cannot be evaluated without the assistance of an Arabic language interpreter. We have only been able to locate one court certified Arabic interpreter who meets federal contracting requirements for retention. The interpreter is based in San Diego, California, and we have had to expend a significant amount of time and effort to schedule the interpreter so as to accommodate the many hours necessary to conduct evaluation interviews and tests. Our evaluation of Mr. Al-Murisi is ongoing, but the assigned psychologist anticipates that the testing, interviews and document reviews required for the evaluation will be completed by October 24, 2011. The report will be submitted to the Court within three weeks of completion of the evaluation. You can expect to receive the report November 14, 2011, should you grant our request for an extension

If you should have any questions regarding the evaluation, please contact Dr. Ralph Ihle at (213) 485-0439, ext. 5437. For any other questions, please contact me directly.

Sincerely,

L. R. Thomas
Warden


cc:     AUSA Elise Becker
        United States Attorney's Office
        450 Golden Gate Avenue, 11th floor
        San Francisco, CA 94102
        415-436-6878 (fax)
        elise.becker@usdoj.gov (e-mail)

        Christopher Francis Morales
        Attorney at Law
        One Daniel Burnham Court, Suite 240 C
        San Francisco, CA 94109
        cmoral@aol.com (e-mail)