IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 11-00332-1 JSW |
| v. | **ORDER CONTINUING STATUS CONFERENCE** |
| RAGEH AL-MURISI, | |
| Defendant. | |

On August 16, 2011, the Court committed Defendant to the custody of the Federal Bureau of Prisons for examination pursuant to 18 U.S.C. § 4241. In response to this Court's Order dated September 29, 2011, the Court has received a renewed request for additional time to complete Defendant's examination, on the basis that Defendant did not arrive at the designated facility until September 9, 2011, and on the basis that additional time is necessary because of the need to utilize an Arabic language interpreter. A copy of this letter shall be filed contemporaneously with this Order.

The Court finds that good cause exists to grant the request for additional time in which to complete the evaluation. Accordingly, the status conference set for October 13, 2011 is CONTINUED. In that letter, the facility states that it anticipates having a report prepared by November 14, 2011. Because the Court is unavailable on November 18, 2011 and November 26, 2011, the status conference shall be held on December 1, 2011 at 2:00 p.m.

//

//

It is FURTHER ORDERED that the commitment period for the evaluation commenced on September 9, 2011.

**IT IS SO ORDERED.**

Dated: October 4, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al,<br><br>  Plaintiff,<br><br> v.<br><br>RAGEH AHMED MOHAMMED ALMURISI et al,<br><br>  Defendant. | Case Number: CR11-00332 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

L. R. Thomas
Warden
U. S. Department of Justice
Federal Bureau of Prisons
Metropolitan Detention Center
535 North Alameda Street
Los Angeles, CA 90012

Dated: October 4, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk