MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAGEH AHMED MOHAMMED AL-MURISI, <br><br> Defendant. | No. CR 11-0332 JSW <br><br> STIPULATION REGARDING COMPETENCY HEARING |

    The defendant, RAGEH AHMED MOHAMMED AL-MURISI, represented by Christopher F. Morales, Esquire, and the government, represented by Elise Becker, Assistant United States Attorney, waive an evidentiary hearing under 18 U.S.C. §§ 4241(c) and 4247(d). The parties submit that the Forensic Evaluation of the Defendant filed under seal would support the Court's finding by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to proceed at this time. 18 U.S.C. § 4241(d).

//

STIPULATION REGARDING COMPETENCY HEARING
Case No. CR 11-0332 JSW

1
2   Dated: December 6, 2011                Respectfully submitted,
3                                          MELINDA HAAG
                                           United States Attorney
4
                                                       /s/
5
                                           _____
                                           ELISE BECKER
6                                          Assistant United States Attorney

7   SO STIPULATED.
8

9
                                                       /s/
10  Dated: December 6, 2011
                                           _____
11                                         CHRISTOPHER MORALES
                                           Attorney for Rageh Al-Murisi

STIPULATION REGARDING COMPETENCY HEARING
CR 11-0332 JSW                            -2-