UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTE ORDER**

Date: December 8, 2011                    Time in Court: 7 minutes

Case No.: CR-11-332 JSW          Judge: Jeffrey S. White

United States of America   v.   Rageh Ahmed Mohammed Al-Murisi
                                Defendant
                                Present ( X ) Not Present ( ) In-Custody ( X )

Elise Becker                         Chris Morales
U.S. Attorney                        Defense Counsel

Deputy Clerk: Jennifer Ottolini      Court Reporter: Sarah Goekler
Arabic Interpreter:    Susan Elfar

**PROCEEDINGS**

REASON FOR HEARING: Status Conference

RESULT OF HEARING:   For the reasons set forth on the record, the Court finds the defendant to be incompetent to stand trial. Pursuant to 18 USC § 4241(d), the defendant is committed to the custody of the Attorney General for a period not to exceed 4 months.

Counsel shall submit a proposed order re: commitment

An Arabic Interpreter shall be present at the next calling of the case.

Case Continued to 3-29-12 at 2:00 p.m. for Further Status