```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ELISE BECKER (NYBN 2540730)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: elise.becker@usdoj.gov

8  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0332 JSW |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER RE: |
| v. ) | COMPETENCY HEARING |
| ) | |
| RAGEH AHMED MOHAMMED ) | |
| AL-MURISI, ) | |
| Defendant. ) | |

The defendant, RAGEH AHMED MOHAMMED AL-MURISI, represented by Christopher F. Morales, Esquire, and the government, represented by Elise Becker, Assistant United States Attorney, appeared before this Court on December 8, 2011, for a competency hearing following the Court's receipt of the Forensic Evaluation of the Defendant dated November 10, 2011. Based on the Forensic Evaluation and the parties' stipulation regarding the defendant's competency, the Court finds by a preponderance of the evidence that the defendant presently suffers "from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him

ORDER RE: COMPETENCY HEARING
Case No. CR 11-0332 JSW

or to assist properly in his defense." 18 U.S.C. § 4241(d). The Court hereby orders the defendant committed to the custody of the Attorney General for placement in a suitable facility "for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward." 18 U.S.C. § 4241(d)(1).

The case is continued to March 29, 2012, at 2 p.m. for status hearing. The Attorney General is ordered to provide an update on the defendant's competency prior to that date.

Dated: December 12, 2011                Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        /s/
                                        _____
                                        ELISE BECKER
                                        Assistant United States Attorney

SO STIPULATED.


                                        /s/
Dated: December 12, 2011                _____
                                        CHRISTOPHER MORALES
                                        Attorney for Rageh Al-Murisi


SO ORDERED.



DATED: December 12, 2011                _____
                                        JEFFREY S. WHITE
                                        United States District Judge

ORDER RE: COMPETENCY HEARING
CR 11-0332 JSW                          -2-