UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: March 29, 2012                          Time in Court: 2 minutes

Case No.:  CR-11-332  JSW          Judge:  Jeffrey S. White

United States of America   v.  Rageh Ahmed Mohammed Al-Murisi
                                Defendant
                                Present ( ) Not Present X ) In-Custody ( X )

|  |  |
|---|---|
| Elise Becker | Chris Morales |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini          Court Reporter: Debra Pas
Arabic Interpreter:       excused for this hearing

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**   Government counsel shall endeavor to obtain information regarding when the defendant will be returned to this district.

Case Continued to 5-31-12 at 2:00 p.m. for Further Status

Arabic Interpreter is ordered for the next calling of the case.