# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date: May 31, 2012**                              **Time in Court: 7 minutes**

**Case No.:  CR-11-332  JSW**          **Judge:  Jeffrey S. White**

**United States of America   v.  Rageh Ahmed Mohammed Al-Murisi**
                              **Defendant**
                              **Present (  ) Not Present (X) In-Custody ( X )**

**Elise Becker**                                      **Chris Morales**
**U.S. Attorney**                                  **Defense Counsel**

**Deputy Clerk: Jennifer Ottolini**          **Court Reporter: Margo Gurule**
**Arabic Interpreter:      Susan Elfar - excused before hearing by Counsel**


## PROCEEDINGS

**REASON FOR HEARING: Status Conference**

**RESULT OF HEARING:   The defendant has not been returned to the Northern District of California.**

**Government Counsel will inquire re: Competency Report**

**The Court will provide copies of the Competency Report to counsel once it is received by the Court.**

**Joint Status Report due: 6-15-12**
**Joint Status Report may be filed Under Seal, if needed.**