IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAGEH AL-MURISI,<br><br>    Defendant.<br>_____ / | No. CR 11-00332-1 JSW<br><br>**ORDER RE EVALUATION DATED MAY 29, 2012** |

The Court has received the forensic evaluation of Defendant, dated May 29, 2012. A copy of the entire report shall be filed under seal. The parties are HEREBY ORDERED to submit any objections to the report or requests for a further hearing on the issues raised in the report by no later than June 24, 2012. If the parties believe their responses should be filed under seal, they may submit the appropriate request to the Court. The deadline to submit the Joint Status Report ordered at the last hearing is extended to June 24, 2012.

**IT IS SO ORDERED.**

Dated: June 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE