1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ELISE BECKER  (NYBN 2540730)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: elise.becker@usdoj.gov

8  Attorneys for Plaintiff

9
                     UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 11-0332 JSW
14                                   )
          Plaintiff,                 )
15                                   )   [PROPOSED] ORDER GRANTING
       v.                            )   ADMINISTRATIVE MOTION TO FILE
16                                   )   UNDER SEAL GOVERNMENT'S
   RAGEH AHMED MOHAMMED              )   REQUEST FOR FURTHER HEARING
17 AL-MURISI,                        )
                                     )
18        Defendant.                 )
                                     )
19

20        Pursuant to N.D. Crim. L.R. 55-1 and N.D. Civ. L.R. 79-5, IT IS HEREBY ORDERED

21 that the government's administrative motion to file its Request for Further Hearing under seal is

22 GRANTED.

23

24
   DATED: _____            _____
25                               JEFFREY S. WHITE
                                 United States District Judge
26

27

28

ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CR 11-0332 JSW