IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAGEH AL-MURISI,<br><br>    Defendant.<br>_____/ | No. CR 11-00332-1 JSW<br><br>**ORDER ON MOTIONS TO SEAL, DIRECTING SUBMISSION OF CORRECTED EVALUATION; AND SETTING EVIDENTIARY HEARING** |

The Court has received the motions to seal filed by Plaintiff, the United States of America, and the Defendant, Rageh al-Murisi. The parties' submissions are not sealable in their entirety and, therefore, the Court GRANTS IN PART AND DENIES IN PART their motions. The Court finds that any direct references to the evaluator's diagnosis of Mr. al-Murisi is sealable. However, the Court finds that the facts underlying this case, legal argument pertaining to *Sell v. United States*, 539 U.S. 166 (2003), general information on side-effects of potential medication, and the fact that this Court has referred Mr. al-Murisi for evaluation are not materials that are sealable within the meaning of Criminal Local Rule 55-1 and Civil Local Rule 79-5. Therefore, the Court ORDERS the parties to file redacted versions of their briefs in the public record. By way of example, the Court finds good cause to file page 2, lines 6-11 of Mr. al-Murisi's response to be filed under seal,, excluding the citation to the evaluation "(Forensic Evaluation, 6.)."

The Court also notes that, as the United States points out, the most recent Forensic Evaluation is rife with typographical errors and appears to be missing information. Therefore, the Court HEREBY ORDERS the evaluator to submit a corrected report by no later than July 9,

2012. The Court would appreciate the parties' joint assistance in directing the evaluator to areas of the report that need correction.

The Government notes that it believes further information is necessary from the Bureau of Prisons. The Court shall construe the Government's request as a request for an evidentiary hearing to develop the record. That request is GRANTED, and the Court shall set this matter on calendar for an evidentiary hearing on **Tuesday, July 31, 2012 at 2:00 p.m.** The parties shall be prepared to subpoena and call any witnesses they believe are necessary to support their position and to produce any evidence they believe is necessary for the Court to make a determination under *Sell*.

If either of the parties, or one or more of their witnesses, are not available on July 31, 2012, they may submit a request to continue to the Court. In addition, if this Order does not provide the United States Marshals with sufficient time or notice to transport Mr. al-Murisi to this District for the hearing, the parties may submit a request for a continuance to a date on which Mr. al-Murisi will be present. The Court requests that if either of the parties seeks a continuance that they consult with the Court's Courtroom Deputy to find an available date and to make the request at least one week in advance of the scheduled hearing date, because of the need to have an interpreter present.

**IT IS SO ORDERED.**

Dated: June 22, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: United States Marshals Service