MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>RAGEH AHMED MOHAMMED AL-MURISI,<br><br>    Defendant. | No. CR 11-0332 JSW<br><br>MOTION AND [PROPOSED] ORDER RESETTING COMPETENCY HEARING TO AUGUST 2, 2012 |

    The government, represented by Assistant United States Attorney Elise Becker, respectfully requests that the competency hearing currently scheduled for July 31, 2012, be rescheduled to August 2, 2012, at 10 a.m., due to undersigned counsel's unavailability the afternoon of July 31. The government's witness at the hearing, Dr. Lucking, is only available to appear by telephone or video teleconference at a competency hearing in this district, and he is available on the requested date and time. While counsel for Mr. Al-Murisi is not requesting the competency hearing, he is available on the requested date and time and does not object to Dr. Lucking appearing by telephone or video teleconference. Wherefore, the government respectfully requests that the Court allow Dr. Lucking to appear at the hearing by telephone or

MOTION AND [PROPOSED] ORDER RESETTING COMPETENCY HEARING
Case No. CR 11-0332 JSW

video teleconference.

Dated: July 13, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
ELISE BECKER
Assistant United States Attorney

SO STIPULATED.

/s/
Dated: July 13, 2012  _____
CHRISTOPHER MORALES
Attorney for Rageh Al-Murisi

SO ORDERED.

DATED: _____  _____
JEFFREY S. WHITE
United States District Judge

MOTION AND [PROPOSED] ORDER RESETTING COMPETENCY HEARING
CR 11-0332 JSW                          -2-