MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAGEH AHMED MOHAMMED AL-MURISI,<br><br>    Defendant. | No. CR 11-0332 JSW<br><br>~~MOTION AND [PROPOSED] ORDER RESETTING COMPETENCY HEARING TO AUGUST 2, 2012~~<br>**GRANTING REQUEST FOR WITNESS TO APPEAR BY TELEPHONE AND DENYING REQUEST TO RESET WITHOUT PREJUDICE** |

     The government, represented by Assistant United States Attorney Elise Becker, respectfully requests that the competency hearing currently scheduled for July 31, 2012, be rescheduled to August 2, 2012, at 10 a.m., due to undersigned counsel's unavailability the afternoon of July 31. The government's witness at the hearing, Dr. Lucking, is only available to appear by telephone or video teleconference at a competency hearing in this district, and he is available on the requested date and time. While counsel for Mr. Al-Murisi is not requesting the competency hearing, he is available on the requested date and time and does not object to Dr. Lucking appearing by telephone or video teleconference. Wherefore, the government respectfully requests that the Court allow Dr. Lucking to appear at the hearing by telephone or

~~MOTION AND [PROPOSED] ORDER RESETTING COMPETENCY HEARING~~
Case No. CR 11-0332 JSW

1 | video teleconference.
2 |
3 | Dated: July 13, 2012                    Respectfully submitted,
4 |                                         MELINDA HAAG
  |                                         United States Attorney
5 |
  |                                                    /s/
6 |                                         _____
  |                                         ELISE BECKER
7 |                                         Assistant United States Attorney
8 | SO STIPULATED.
9 |
10 |
   |                                                    /s/
11 | Dated: July 13, 2012                    _____
   |                                         CHRISTOPHER MORALES
12 |                                         Attorney for Rageh Al-Murisi
13 |            In light of the Defendant's lack of opposition, the Court GRANTS the
              request for Dr. Lucking to appear by telephone, and he should provide the
14 |          Government with a landline at which he may be reached.  The Court
15 | ~~SO ORDERED.~~  DENIES WITHOUT PREJUDICE the request to reset the hearing.  The
              Court is scheduled to be in a trial on the morning of August 2, 2012.  The
16 |          parties shall meet and confer and contact this Court's Courtroom Deputy for
              alternate available dates.
17 |
18 | DATED: July 13, 2012                    _Jeffrey S. White_____
                                             JEFFREY S. WHITE
19 |                                         United States District Judge

~~MOTION AND [PROPOSED] ORDER RESETTING COMPETENCY HEARING~~
CR 11-0332 JSW                                    -2-