UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

Date: July 31, 2012                                             Time in Court: 58 minutes

Case No.:  CR-11-332  JSW            Judge:  Jeffrey S. White

United States of America   v.  Rageh Ahmed Mohammed Al-Murisi
                                Defendant
                                Present ( X  ) Not Present (  ) In-Custody ( X )

        Elise Becker                                     Chris Morales
        U.S. Attorney                                    Defense Counsel

Deputy Clerk: Jennifer Ottolini                  Court Reporter: Sahar Bartlett
Arabic Interpreter:     Susan Elfar

PROCEEDINGS

REASON FOR HEARING: Evidentiary Hearing Re: Competency

RESULT OF HEARING:      See below *Hearing Sheet, Exhibit and Witness List*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No.: CR-11-332 JSW**
**United States of America v. Rageh Ahmed Mohammed Al-Murisi**

HEARING SHEET, EXHIBIT and WITNESS LIST

| DISTRICT JUDGE:<br>JEFFREY S. WHITE | GOVERNMENT ATTORNEY:<br>Elise Becker | DEFENSE ATTORNEY:<br>Chris Morales |
|---|---|---|
| EVIDENTIARY HEARING DATE:<br>July 31, 2012 | COURT REPORTER:<br>Sahar Bartlett | COURTROOM CLERK:<br>Jennifer Ottolini |

| GOVT NO. | DEF NO. | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 2:05 p.m. | | | Court convened.<br>All counsel are present.<br>The Defendant is present in custody. |
| | | 2:12 p.m. | | | **ROBERT LUCKING, MD** is present via telephone and is examined by Ms. Becker. |
| | | 2:23 p.m. | | | Mr. Morales examined Dr. Lucking, appearing via telephone. |
| | | 2:32 p.m. | | | The Court examined Dr. Lucking, appearing via telephone. |
| | | 2:44 p.m. | | | The witness is thanked and the telephone call ended.<br>Court heard further argument from counsel. |
| | | 3:00 p.m. | | | Counsel shall submit a Status Report on 9-20-12. |
| | | 3:03 p.m. | | | Court is in recess. |