1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   ELISE BECKER  (NYBN 2540730)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: elise.becker@usdoj.gov

8   Attorneys for the United States of America

9
                       UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

14  UNITED STATES OF AMERICA,          )     No. CR 11-0332 JSW
                                       )
15          Plaintiff,                 )
                                       )     [PROPOSED] SPEEDY TRIAL ACT
16      v.                             )     ORDER
                                       )
17  RAGEH AHMED MOHAMMED               )
    AL-MURISI,                         )
18                                     )
            Defendant.                 )
19  _____)

20

21         The defendant, RAGEH AHMED MOHAMMED AL-MURISI, represented by

22  Christopher F. Morales, Esquire, and the government, represented by Elise Becker, Assistant

23  United States Attorney, appeared before the Court on November 15, 2012, for a hearing on the

24  Defendant's Motion For Revocation Of Detention Order and the Government's Request For

25  Further Hearing And Evaluation.  Both motions relate to ongoing proceedings addressing the

26  defendant's mental competency.   The first motion to determine the defendant's mental

27  competency was filed on June 29, 2011.  The case has been delayed since that time based on

28  proceedings, including examinations, relating to the defendant's mental competency.

SPEEDY TRIAL ACT ORDER
CR 11-0332 JSW

1    At the hearing on November 15, 2012, the Court ordered a dangerousness examination of

2    the defendant pursuant to 18 U.S.C. § 4246.  The parties stipulate that time has and continues to

3    be properly excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

4

5    Dated: November 16, 2012                    Respectfully submitted,

6                                                MELINDA HAAG
                                                 United States Attorney
7
                                                        /s/
8                                                _____
                                                 ELISE BECKER
9                                                Assistant United States Attorney

10

11   SO STIPULATED.

12

13                                                      /s/
     Dated: November 16, 2012                    _____
14                                               CHRISTOPHER MORALES
                                                 Attorney for Rageh Al-Murisi
15

16

17       Based upon the ongoing proceedings related to determining the defendant's mental

18   competency and the stipulation of counsel, the Court finds and HEREBY ORDERS that time

     continues to be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
19
     3161(h)(1)(A).
20

21
     DATED: __November 19, 2012__              _____
22                                             JEFFREY S. WHITE
                                               United States District Judge
23

24

25

26

27

28

SPEEDY TRIAL ACT ORDER
CR 11-0332 JSW                          -2-