MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: elise.becker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> RAGEH AHMED MOHAMMED AL-MURISI, <br>     Defendant. | No. CR 11-0332 JSW <br><br> JOINT STATUS REPORT |

The parties respectfully submit this joint status report relating to the dangerousness examination ("examination") ordered by the Court on November 15, 2012. Pursuant to 18 U.S.C. § 4247(b), the parties request that the Court order that Mr. Al-Murisi be placed in the custody of the Attorney General and transported to a suitable facility forthwith for the purpose of conducting the examination. The parties recommend that the examination be conducted at the Federal Medical Center at Butner (FMC-Butner) because of its familiarity with the case. The parties further request that the Court order that the examination be completed within 45 days of Mr. Al-Murisi's arrival at the facility and that a report be submitted to the Court and the parties

//

JOINT STATUS REPORT
CR 11-0332 JSW

1 | within 15 days of the examination being completed.

3 | DATED: November 20, 2012        Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
Elise Becker
Assistant United States Attorney


/s/
_____
Christopher Morales
Attorney for defendant Rageh Al-Murisi

JOINT STATUS REPORT
CR 11-0332 JSW                -2-