**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00332 JSW |
| Plaintiff, | **ORDER CONTINUING STATUS HEARING** |
| v. | |
| RAGEH AHMED MOHAMMED AL-MURISI, | |
| Defendant. | |

The Court has been advised that the Defendant has not yet arrived at FMC-Butner. Accordingly, the Court continues the status hearing set for January 17, 2013 at 2:00 p.m. to March 21, 2013 at 2:00 p.m. The parties shall submit a joint status report by no later than March 14, 2013. If, by March 14, 2013, the examination has been completed and the report has been submitted, the parties shall be prepared to address the scope of any further hearings that may be required and whether a special setting may be necessary.

**IT IS SO ORDERED.**

Dated: January 7, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE